| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| EARL BUCHANAN, | § § § | |
| Plaintiff, | § § | |
| versus | § § | CIVIL ACTION NO. 1:17-CV-76 |
| UNIV. OF TEX. MEDICAL BRANCH, *et al.* | § § § | |
| Defendants. | § | |

# MEMORANDUM ORDER ADOPTING
# THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Earl Buchanan, proceeding *pro se*, filed this lawsuit against several defendants, including the University of Texas Medical Branch ("UTMB"). The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

UTMB has filed a motion asking that the claim against it be dismissed for lack of jurisdiction. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be granted.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. UTMB's motion to dismiss is **GRANTED** and the claim against UTMB is **DISMISSED** without prejudice for lack of jurisdiction.

SIGNED at Beaumont, Texas, this 14th day of January, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE