| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

EARL BUCHANAN, §
§
    Plaintiff, §
§
versus § CIVIL ACTION NO. 1:17-CV-76
§
LEAGUE MEDICAL CONCEPT, *et al.*, §
§
    Defendants. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Earl Buchanan, proceeding *pro se*, filed this lawsuit against several defendants, including Uma Sukhavasi. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

Defendant Sukhavasi has filed a motion to dismiss. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be granted.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. Defendant Sukhavasi's motion to dismiss is **GRANTED** and the claim against her is **DISMISSED** for failure to state a claim upon which relief may be granted.

   SIGNED at Beaumont, Texas, this 5th day of March, 2019.

                                                          */s/ Marcia A. Crone*
                                                        MARCIA A. CRONE
                                         UNITED STATES DISTRICT JUDGE