| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| EARL BUCHANAN, § § § § § § § § § | |
| Plaintiff, | |
| *versus* | CIVIL ACTION NO. 1:17-CV-76 |
| LEAGUE MEDICAL CONCEPT, *et al.*, | |
| Defendants. | |

### MEMORANDUM ORDER ADOPTING
### THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Earl Buchanan, proceeding *pro se*, filed this civil rights lawsuit. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending dismissing this lawsuit without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

The court has received the magistrate judge's Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions set forth in the magistrate judge's Report and Recommendation are correct and the report is **ADOPTED**. A final judgment shall be entered dismissing this lawsuit pursuant to Federal Rule of Civil Procedure 4(m).

SIGNED at Beaumont, Texas, this 8th day of January, 2020.

                                                      MARCIA A. CRONE
                                   UNITED STATES DISTRICT JUDGE